**Order entered July 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00259-CV

## IN THE INTEREST OF J.D.-S.L., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-21782-Y**

## ORDER

By notice dated May 15, 2013, the Court directed the Dallas County District Clerk to file the clerk's record within thirty days. To date, the Court has not received the clerk's record or correspondence from the Dallas County District Clerk regarding the record.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not made payment arrangements for the record. *We notify appellant that if we receive verification that appellant is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal for want of prosecution. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Civil Records Division; and appellant Charla Ayers, Charlagriff@gmail.com.

We **DIRECT** the Clerk to send copies of this order, by first-class mail, to the following appellee Jessie Long, 2328 Seevers, Dallas, Texas 75216.

/s/ ELIZABETH LANG-MIERS
JUSTICE